# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  GWENDOLYN L. HARRIS  
      1004 MAYFAIR COURT  
      ROCKFORD, IL  61107  

SSN-xxx-xx-4897

Case Number: 05-70513

Case filed on: 2/10/2005  
Plan Confirmed on: 4/1/2005  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $46,319.34    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF CROSBY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SECRETARY OF HOUSING & URBAN DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | FISHER AND FISHER ATTORNEYS AT LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | INTERNAL REVENUE SERVICE | 385.61 | 3,136.81 | 3,136.81 | 0.00 |
|  | Total Priority | 385.61 | 3,136.81 | 3,136.81 | 0.00 |
| 999 | GWENDOLYN L. HARRIS | 0.00 | 0.00 | 1,111.16 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,111.16 | 0.00 |
| 001 | GE AUTO FINANCIAL SERVICES | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 002 | CHASE MANHATTAN MORTGAGE CORP | 16,557.87 | 12,522.64 | 12,522.64 | 0.00 |
| 011 | FOREST CITY WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SECRETARY OF HOUSING & URBAN DEVELOP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 18,457.87 | 14,422.64 | 14,422.64 | 0.00 |
| 001 | GE AUTO FINANCIAL SERVICES | 4,702.00 | 4,702.00 | 4,702.00 | 0.00 |
| 004 | ARMOR SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CENTURY LIQUIDATION | 1,707.33 | 1,707.33 | 1,707.33 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 124.00 | 124.00 | 124.00 | 0.00 |
| 008 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 1,226.80 | 1,226.80 | 1,226.80 | 0.00 |
| 010 | US DEPARTMENT OF EDUCATION | 10,032.88 | 10,032.88 | 10,032.88 | 0.00 |
| 013 | IRVIN HARRIS, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION SERVICE, INC | 354.99 | 354.99 | 354.99 | 0.00 |
| 017 | INTERNAL REVENUE SERVICE | 9,421.57 | 6,670.37 | 6,670.37 | 0.00 |
|  | Total Unsecured | 27,569.57 | 24,818.37 | 24,818.37 | 0.00 |
|  | Grand Total: | 46,413.05 | 42,377.82 | 43,488.98 | 0.00 |

Total Paid Claimant:    $43,488.98  
Trustee Allowance:    $2,830.36  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  07/30/2008    By  /s/Heather M. Fagan